UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES WILLIAM COOK,
          Petitioner,

v.

DAVID L. WINN, WARDEN,
          Respondents.

CIVIL ACTION

NO.  04-40104-RCL

O R D E R

LINDSAY, D. J.

On June 4, 2004, petitioner Charles William Cook, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241 but did not submit the $5 filing fee or an application for waiver of the filing fee with a certified prison account statement.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(2) The Respondents shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

(3) Petitioner shall pay the $5 filing fee or submit an application for waiver of the filing fee with a certified prison account statement within 42 days of the date of this Order;

(4) The Clerk shall send Petitioner an Application to Proceed Without Prepayment of Fees with this Order.

SO ORDERED.

 6/21/04                                            s/Reginald C. Lindsay
Date                                                United States District Judge