UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WILLIAM COOK, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civil Action No. 04-40104-DPW |
| v. | ) |
| | ) |
| DAVID L. WINN, | ) |
| | ) |
| Respondent. | ) |

MOTION OF RESPONDENT DAVID L. WINN TO DISMISS

The Respondent David L. Winn, through his undersigned counsel hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Petition For Writ of Habeas Corpus under 28 U.S.C. §§ 1361, 2241. In support of this motion, the Respondent submits the accompanying Memorandum of Respondent David L. Winn in Support of His Opposition to Petitioner's Request for Relief and in Support of Motion to Dismiss, and the Declaration of FMC Devens Paralegal Trainee Stephanie J. Scannell.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

             By:    /s/ Jennifer C. Boal
                     JENNIFER C. BOAL
                     Assistant U.S. Attorney
                     John Joseph Moakley U. S. Courthouse
                     One Courthouse Way, Suite 9200
                     Boston, Massachusetts 02210
July 20, 2004            617-748-3310

CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The Respondent takes the position that, because LR. 7.1(A)(2) requires "counsel" to confer, the Rule is inapplicable where, as here, plaintiff is proceeding pro se and is incarcerated. To the extent the Court considers the Rule applicable, the undersigned requests that it be waived here.

                                                          /s/   Jennifer C. Boal
                                                          Jennifer C. Boal

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document , as well as the accompanying Memorandum of Law and Declaration described above, were served upon Petitioner Charles William Cook, Reg. No. 52892-108, FMC Devens Camp, P.O. Box 879, Ayer, MA 01432 by first class, postage prepaid mail on this date.

July 20, 2004                                              /s/ Jennifer C. Boal
                                                          Jennifer C. Boal