```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

CHARLES WILLIAM COOK,          )
     Petitioner,              )
                                )
     v.                        )   C.A. No. 04-40104-RCL
                                )
DAVID L. WINN,                 )
     Respondent.              )

## ORDER OF DISMISSAL

LINDSAY, District Judge

    In accordance with this Court's Memorandum and Order entered this date, allowing the Respondent's motion to dismiss and dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                  BY THE COURT,

                                  /s/ Lisa Hourihan
                              Deputy Clerk

DATED: February 3, 2005

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CHARLES WILLIAM COOK,           )
        Petitioner,             )
                                )
        v.                      )   C.A. No. 04-40104-RCL
                                )
DAVID L. WINN,                  )
        Respondent.             )
```

## ORDER OF DISMISSAL

LINDSAY, District Judge

In accordance with this Court's Memorandum and Order entered this date, allowing the Respondent's motion to dismiss and dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                              BY THE COURT,


                              /s/ Lisa Hourihan
                              Deputy Clerk



DATED: February 3, 2005

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

CHARLES WILLIAM COOK,          )
     Petitioner,               )
                                     )
     v.                              )  C.A. No. 04-40104-RCL
                                     )
DAVID L. WINN,                 )
     Respondent.                )

## ORDER OF DISMISSAL

LINDSAY, District Judge

In accordance with this Court's Memorandum and Order entered this date, allowing the Respondent's motion to dismiss and dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                     BY THE COURT,

                                     /s/ Lisa Hourihan
                                 Deputy Clerk

DATED: February 3, 2005

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHARLES WILLIAM COOK,           )
        Petitioner,             )
                                )
        v.                      )   C.A. No. 04-40104-RCL
                                )
DAVID L. WINN,                  )
        Respondent.             )
```

## ORDER OF DISMISSAL

LINDSAY, District Judge

In accordance with this Court's Memorandum and Order entered this date, allowing the Respondent's motion to dismiss and dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                        BY THE COURT,


                                        /s/ Lisa Hourihan
                                        Deputy Clerk



DATED: February 3, 2005

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

CHARLES WILLIAM COOK,            )
     Petitioner,            )
                                 )
     v.                       )  C.A. No. 04-40104-RCL
                                 )
DAVID L. WINN,                   )
     Respondent.            )

## ORDER OF DISMISSAL

LINDSAY, District Judge

    In accordance with this Court's Memorandum and Order entered this date, allowing the Respondent's motion to dismiss and dismissing the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                          BY THE COURT,


                                          /s/ Lisa Hourihan
                                        Deputy Clerk



DATED: February 3, 2005